### 18055. BRITT v. THE STATE.

BLOODWORTH, J. The motion for a new trial contains the general grounds only. There is some evidence to support the verdict; and "whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Bradham* v. *State,* 21 *Ga. App.* 510 (94 S. E. 618).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 14, 1927.

Larceny; from Gwinnett superior court—Judge Stark. March 11, 1927.

*O. A. Nix,* for plaintiff in error.

*Pemberton Cooley, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 271, n. 41.